IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBIE TORRY,

                Petitioner,                      ORDER

     v.                                                09-cv-656-slc

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

---

     This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On November 5, 2009, this court entered an order directing petitioner Bobbie Torry to either pay the $5 filing fee or submit an application for leave to proceed *in forma pauperis*. The court informed petitioner that if he failed to make either submission by November 20, 2009, his petition would be dismissed for failure to prosecute.

     It is now November 30, 2009 and the court has not received either the $5 filing fee or an application for leave to proceed *in forma pauperis* from petitioner. Accordingly,

ORDER

IT IS ORDERED that the petition of Bobbie Torry for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for his failure to prosecute it.

Entered this 30th day of November, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge